### 16786. BUTLER v. THE STATE.

LUKE, J. The evidence authorized the conviction, and for no reason pointed out in the record did the court err, after having approved the verdict, in overruling the motion for a new trial.

Judgment affirmed. *Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of assault with intent to murder; from Randolph superior court—Judge Yeomans. August 1, 1925.

*C. W. Worrill, J. W. Quincey, T. N. Henson,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold, E. C. Hill,* contra.

---

### 16787. BUTLER v. THE STATE.

BLOODWORTH, J. 1. The court did not err in charging the jury that "when witnesses appear and testify, they are presumed to speak the truth, and are to be believed by the jury unless impeached in some method provided by law, or otherwise discredited in your judgment." *Parsons* v. *State,* 32 *Ga. App.* 504 (1) (123 S. E. 922). See also *Dent* v. *State,* 14 *Ga. App.* 269 (3) (80 S. E. 548).

2. The evidence is sufficient to support the verdict.

Judgment affirmed. *Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of possessing intoxicating liquor; from Randolph superior court—Judge Yeomans. August 1, 1925.

*C. W. Worrill, J. W. Quincey, T. N. Henson,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *R. R. Arnold, E. C. Hill,* contra.

---

### 16789, 16790. HILL v. THE STATE (two cases).

LUKE, J. The evidence amply authorized the conviction of both defendants.

The special grounds of the motion for a new trial, complaining of rulings upon the admissibility of testimony, can not be considered, as they are not complete and understandable within themselves.

The assignments of error upon excerpts from the charge of the court, when the charge is read in its entirety, are wholly lacking in merit, and the refusal to give the requested charge was not error.